Scott R. Daniel, Esq.
Nevada Bar No. 12356
THE DANIEL FIRM
200 S. Virginia St., 8th Floor
Reno, Nevada 89501
Telephone:  775.686.2418
Facsimile: 775.201.0653

*Attorney for Defendants*
ADVANCED ONLINE LEARNING, LLC and
BRANDON PERRY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

INSTANTCERT.COM, LLC and
STEVEN GLOER,
     *Plaintiffs*

    v.

ADVANCED ONLINE LEARNING, LLC and
BRANDON PERRY,
    *Defendants*
_____/

Case No.
2:11-cv-01833-GMN-GWF

**ORDER SETTING ASIDE ENTRY
OF DEFAULT AND DENYING
DEFAULT JUDGMENT AND
PERMANENT INJUNCTION**

    **UPON CONSIDERATION** of Defendants' Motion to Set Aside Entry of Default and/or

Default Judgment, the factual allegations and legal arguments therein, and the exhibits thereto

attached, and in view of Plaintiffs' Motion for Default Judgment and Permanent Injunction, it is

**HEREBY ORDERED, JUDGED, AND DECREED** that the Entry of Default entered Feburary 16,

2012, against Defendants ADVANCED ONLINE LEARNING, LLC and BRANDON PERRY, be

set aside in the interests of justice, pursuant to Rules 55 and 60 of the Federal Rules of Civil

Procedure.

    **IT IS FURTHER ORDERED**, that this Court denies Plaintiffs' requests for default

judgment and a permanent injunction.

    **IT IS SO ORDERED** this 28th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge

THE DANIEL FIRM
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
775.698.2418