Scott R. Daniel, Esq.
Nevada Bar No. 12356
THE DANIEL FIRM
200 S. Virginia St., 8th Floor
Reno, Nevada 89501
Telephone:  775.686.2418
Facsimile: 775.201.0653

*Attorney for Defendants*
ADVANCED ONLINE LEARNING, LLC and
BRANDON PERRY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

INSTANTCERT.COM, LLC and
STEVEN GLOER,
    *Plaintiffs*

v.

ADVANCED ONLINE LEARNING, LLC and
BRANDON PERRY,
    *Defendants*
_____/

Case No.
2:11-cv-01833-GMN-GWF

**ORDER SETTING ASIDE AND GRANTING LEAVE TO AMEND ANSWER**

    **UPON CONSIDERATION** of Defendants' Motion to Set Aside amd Amend Original Answer, the factual allegations and legal arguments therein, and the exhibits thereto attached, it is **HEREBY ORDERED, JUDGED, AND DECREED** that the Answer submitted Feburary 17, 2012, be set aside.

    **IT IS FURTHER ORDERED**, that this Court grants leave to Defendants ADVANCED ONLINE LEARNING, LLC and BRANDON PERRY to amend or supply a new Answer pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

    **IT IS SO ORDERED** this 28th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge