W. West Allen
Nevada Bar No. 5566
Stephanie S. Buntin
Nevada Bar No. 12339
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
wallen@lrlaw.com
sbuntin@lrlaw.com

*Attorneys for Plaintiffs*
INSTANTCERT.COM, LLC and STEVEN GLOER

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INSTANTCERT.COM, LLC and STEVEN GLOER,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED ONLINE LEARNING, LLC and BRANDON PERRY,<br><br>Defendants. | Case No. 2:11-cv-01833-GMN-GWF<br><br>**SUBSTITUTION OF COUNSEL** |

Plaintiffs InstantCert.com, LLC and Steven Gloer, hereby authorize and consent to the substitution of the law firm of LEWIS AND ROCA, LLP in the place and stead of the law firm of Morishita Law Firm, LLC as their attorneys of record in the above-entitled action.

INSTANTCERT.COM, LLC

By: /s/ Steven Gloer
Its Authorized Representative
Dated: 4/9/2012

STEVEN GLOER

By: /s/ Steven Gloer

The law firm of Morishita Law Firm, LLC hereby approves and consents to the substitution of the law firm of LEWIS AND ROCA, LLP in its place and stead as counsel of record for Plaintiffs InstantCert.com, LLC and Steven Gloer in the above-entitled action.

Dated this 11th day of April, 2012.

MORISHTIA LAW FIRM, LLC

By: _____
Robert Ryan Morishita
Nevada Bar No. 6752
8960 W. Tropicana Avenue, Suite 300
Las Vegas, NV 89147
Telephone: (702) 222-2113
Facsimile: (702) 227-0615
rrm@morishitalawfirm.com

The law firm of LEWIS AND ROCA, LLP hereby approves and consents to its substitution in the palce and stead of the law firm of Morishita Law Firm, LLC as attorneys of record for Plaintiffs InstantCert.com, LLC and Steven Gloer in the above-entitled action.

Dated this 12th day of April, 2012.

LEWIS AND ROCA LLP

By: _____
W. West Allen
Nevada Bar No. 5566
Stephanie S. Buntin
Nevada Bar No. 12339
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
wallen@lrlaw.com
sbuntin@lrlaw.com

*Attorneys for Plaintiffs*
INSTANTCERT.COM, LLC and
STEVEN GLOER

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I certify that on April 12, 2012, a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL**, was transmitted and served through the Court's CM/ECF system, to the following:

Scott R. Daniel
THE DANIEL LAW FIRM
200 S. Virginia St., 8th Floor
Reno, NV 89501
scott.daniel@danielfirm.com

*Danielle Kelley*
An Employee of Lewis and Roca LLP

**IT IS SO ORDERED.**

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:   April 13, 2012**