W. WEST ALLEN
Nevada Bar No. 5566
wallen@lrlaw.com
STEPHANIE S. BUNTIN
Nevada Bar No. 12339
sbuntin@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

Attorneys for Plaintiffs
INSTANTCERT.COM, LLC and STEVEN GLOER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| INSTANTCERT.COM, LLC and STEVEN GLOER,<br><br>    Plaintiffs,<br><br>   vs.<br><br>ADVANCED ONLINE LEARNING, LLC and BRANDON PERRY,<br><br>    Defendants. | Case No. 2:11-cv-01833-GMN-GWF<br><br>~~NOTICE OF~~ **STIPULATED DISMISSAL OF ACTION** |
|---|---|

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Instantcert.com, LLC and Steven Gloer, and Defendants Advanced Online Learning, LLC and Brandon Perry, ("the Parties"), have reached a settlement and conditional release of claims asserted by Plaintiffs in this action. Therefore, the Parties have agreed that the claims brought by Plaintiffs are hereby dismissed without prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

2867584.1

1  The Parties further agree that each party will bear its own attorneys' fees and costs arising
2  from or relating to this lawsuit.

3

4  Dated:  November 26, 2012                                              Dated:  November 26, 2012

5  LEWIS AND ROCA LLP                                              THE DANIEL FIRM

6
   /s/W. West Allen                                                       /s/Scott R. Daniel
7  W. WEST ALLEN                                                          SCOTT R. DANIEL
   Nevada Bar No. 5566                                                    Nevada Bar No. 12356
8  wallen@lrlaw.com                                                       scott.daniel@danielfirm.com
   STEPHANIE S. BUNTIN                                                    200 S. Virginia Street, 8th Floor
9  Nevada Bar No. 12339                                                   Reno, Nevada 89501
   sbuntin@lrlaw.com                                                      Telephone: (775) 686-2418
10 3993 Howard Hughes Parkway, Suite 600                                  Facsimile: (775) 201-0653
   Las Vegas, Nevada  89169
11 Telephone:  (702) 949-8200
   Facsimile:  (702) 949-8398                                              Attorney for Defendants
12                                                                        ADVANCED ONLINE LEARNING, LLC and
   Attorneys for Plaintiffs                                               BRANDON PERRY
13 INSTANTCERT.COM, LLC and STEVEN
   GLOER
14

15

16

17                                                                        IT IS SO ORDERED.
18
19  Dated:  November 27, 2012                                             _____
20                                                                        U.S. District Judge

21

22

23

24

25

26

27

28